UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARIS JEAN HUMBLE,<br><br>　　　　　　　Plaintiff,<br>　v.<br>MATTHEW D ROBERSON,<br><br>　　　　　　　Defendants. | Case No. C23-5265 DGE<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR MAY 19, 2023 |

On March 30, 2023, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to her proposed complaint (Dkt. 1-1). She also filed a motion for preliminary injunction. Dkt. 2. On April 13, 2023, the Court ordered Plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 3.

Given the identified deficiencies in the proposed complaint, the Court did not grant Plaintiff's IFP application. Plaintiff was given until April 24, 2023, to show cause why her complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court DENY Plaintiff's IFP application and dismiss her action without prejudice for failure to prosecute. Plaintiff's motion for preliminary injunction should also be DENIED as moot.

- 1

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on May 19, 2023, as noted in the caption.

Dated this 28th day of April, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

- 2